WILLIAM M. NARUS
Acting United States Attorney
District of Oregon

JENNIFER IVERS
ADAM ALEXANDER
Assistant U.S. Attorneys
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Emails: jennifer.ivers@usdoj.gov
         adam.alexander@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  vs.<br><br>JUSTIN ABBOTT FACEY,<br><br>    Defendant. | No.  3:25-cr-00033-SLG-KFR<br><br>COUNT 1<br>MAINTAINING A DRUG-INVOLVED PREMISES<br>   Vio. of 21 U.S.C. § 856(a)(1)<br><br>COUNT 2<br>POSSESSION OF FIREARMS IN FURTHERANCE OF A DRUG TRAFFICKING CRIME<br>   Vio. of 18 U.S.C. § 924(c)(1)(A)(i)<br><br>COUNT 3<br>POSSESSION OF FIREARMS BY A PROHIBITED PERSON<br>   Vio. of 18 U.S.C. §§ 922(g)(3), 924(a)(8)<br><br>CRIMINAL FORFEITURE ALLEGATION 1<br>   21 U.S.C. § 853(a)(1) & (2), 28 U.S.C. § 2461(c), and Fed. R. Crim. P. 32.2(a) |

## INDICTMENT

The Grand Jury charges that:

### COUNT 1

Beginning at a date unknown to the grand jury but no earlier than April 23, 2024, and continuing to April 30, 2025, within the District of Alaska, the defendant, JUSTIN ABBOTT FACEY, did unlawfully and knowingly use and maintain a place located in Anchorage, Alaska, for the purpose of distributing and using controlled substances, namely N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propenamide (fentanyl) and methamphetamine.

All of which is in violation of 21 U.S.C. § 856(a)(1).

### COUNT 2

On or about April 30, 2025, within the District of Alaska, the defendant, JUSTIN ABBOTT FACEY, knowingly possessed firearms, namely a Remington model 870 12-gauge shotgun, a Ruger model Max-9 9mm-caliber pistol, a Browning Arms model 1911 .380-caliber pistol, and a Remington model 770 .300 Win Mag rifle, in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, that is, Maintaining a Drug-Involved Premises in violation of 21 U.S.C. § 856(a)(1).

All of which is in violation of 18 U.S.C. § 924(c)(1)(A)(i).

## COUNT 3

On or about April 30, 2025, within the District of Alaska, the defendant, JUSTIN ABBOTT FACEY, knowing that he was an unlawful user of and addicted to a controlled substance, did knowingly possess, in and affecting interstate and foreign commerce, firearms, namely a Remington model 870 12-gauge shotgun, a Ruger model Max-9 9mm-caliber pistol, a Ruger EC9s 9mm-caliber pistol, a Browning Arms model 1911 .380-caliber pistol, and a Remington model 770 .300 Win Mag rifle.

All of which is in violation of 18 U.S.C. §§ 922(g)(3), 924(a)(8).

## CRIMINAL FORFEITURE ALLEGATION 1

The allegations contained in Count 1 of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to 21 U.S.C. § 853(a)(1) and (2), and 28 U.S.C. § 2461(c).

Pursuant to 21 U.S.C. § 853(a)(1) and (2), upon conviction of an offense in violation of 21 U.S.C. § 856, the defendant, JUSTIN ABBOTT FACEY, shall forfeit to the United States of America any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offenses, and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the offenses, including a forfeiture money judgment equal to the value of the property; the property to be forfeited includes, but is not limited to:

- Shotgun, Remington, Model: 870, Cal: 12, Serial #: RS26933M
- Pistol, Ruger, Model: Max 9, Cal: 9, Serial #: 350029174
- Pistol, Ruger, Model: EC9s, Cal: 9, Serial #: 463-74793

- Pistol, Browning, Model: 1911, Cal: .380, Serial #: 51HZR12352
- Rifle, Remington, Model: 770, Cal: .300 Win Mag, Serial #: 71356771; and
- Any associated accessories, magazines, and ammunition.

If any of the property described above, as a result of any act or omission of the defendant:

- cannot be located upon the exercise of due diligence;
- has been transferred or sold to, or deposited with, a third party;
- has been placed beyond the jurisdiction of the court;
- has been substantially diminished in value; or
- has been commingled with other property which cannot be divided without difficulty;

the United States of America shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p).

All pursuant to 21 U.S.C. § 853(a)(1) and (2), 28 U.S.C. § 2461(c), and Rule 32.2(a) of the Federal Rules of Criminal Procedure.

## CRIMINAL FORFEITURE ALLEGATION 2

The allegations contained in Counts 2-3 of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c).

Upon conviction for the offenses in violation of 18 U.S.C. §§ 922(g)(3) and 924(c) set forth in Counts 2-3 of this Indictment, the defendant, JUSTIN ABBOTT FACEY, shall forfeit to the United States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c) any

firearms and ammunition used or involved in knowing violation of the offense, including but not limited to:

- Shotgun, Remington, Model: 870, Cal: 12, Serial #: RS26933M
- Pistol, Ruger, Model: Max 9, Cal: 9, Serial #: 350029174
- Pistol, Ruger, Model: EC9s, Cal: 9, Serial #: 463-74793
- Pistol, Browning, Model: 1911, Cal: .380, Serial #: 51HZR12352
- Rifle, Remington, Model: 770, Cal: .300 Win Mag, Serial #: 71356771; and
- Any associated accessories, magazines, and ammunition.

All pursuant to 18 U.S.C. § 924(d), 28 U.S.C. § 2461(c), and Rule 32.2(a) of the Federal Rules of Criminal Procedure.

A TRUE BILL

s/ Grand Jury Foreperson
GRAND JURY FOREPERSON

s/ Jennifer Ivers
JENNIFER IVERS
Assistant U.S. Attorney
United States of America

s/ Adam Alexander
ADAM ALEXANDER
Assistant U.S. Attorney
United States of America

Date: 5/20/25