**RECEIVED**
By United States Marshals Service at 2:44 pm, May 20, 2025

# UNITED STATES DISTRICT COURT
for the
District of Alaska

FID: 11810054
USMS:
Warrant: 2506-0520-0453-Z
NCIC: Not entered by USMS

|  |  |
|---|---|
| UNITED STATES OF AMERICA | ) |
| vs. | ) |
|  | ) Case Number: 3:25-CR-00033-SLG-KFR |
| JUSTIN ABBOTT FACEY | ) |
| _Defendant_ | ) |

## LAW ENFORCEMENT SENSITIVE ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
_(name of person to be arrested)_ JUSTIN ABBOTT FACEY ,
who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint

☐ Probation Petition  ☐ Supervised Release Petition  ☐ Pretrial Petition  ☐ Order of the Court

This offense is briefly described as follows: 21:856(a)(1) Maintaining a Drug-Involved Premises – Count 1
18:924(c)(1)(A)(i) Possession of Firearms in Furtherance of Drug Trafficking Crime – Count 2
18:922(g)(3) 924(a)(8) Possession of Firearms by a Prohibited Person – Count 3

Date:  May 20, 2025

_s/Brenda Kappler_
Issuing officer's signature

City and state:  Anchorage, Alaska

Candice M. Duncan, Clerk of Court
Printed name and title

| Return |
|---|

This warrant was received on _(date)_ 05/20/2025 , and the person was arrested on _(date)_ 5/21/2025
at _(city and state)_ Anchorage, Alaska .

Date: 5/21/2025

Arresting officer's signature

Special Agent Katherine Nelson
*Printed name and title*

2