MICHAEL J. HEYMAN
United States Attorney

JENNIFER IVERS
ADAM ALEXANDER
Assistant United States Attorneys
Federal Building & U.S. Courthouse
222 West 7th Avenue, Room 253
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Email: jennifer.ivers@usdoj.gov
Email: adam.alexander@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JUSTIN ABBOTT FACEY,<br><br>Defendant. | No. 3:25-cr-00033-TMB-MMS |

## UNOPPOSED MOTION FOR PROTECTIVE ORDER

The United States of America, by and through undersigned counsel, hereby respectfully moves the Court for the entry of a protective order governing the production of discovery by the parties in the above-captioned case. The United States and counsel for defendant have reached an agreement as to the proposed protective order.

Therefore, the United States is authorized to represent to the Court that the defendant does not oppose this motion or the entry of the attached protective order.

RESPECTFULLY SUBMITTED July 25, 2025 at Anchorage, Alaska.

MICHAEL J. HEYMAN
United States Attorney

s/ *Adam Alexander*
ADAM ALEXANDER
Assistant United States Attorney
United States of America

**CERTIFICATE OF SERVICE**

I hereby certify that on July 25, 2025 a true and correct copy of the foregoing
was served electronically on all counsel of record.

s/ *Adam Alexander*