MICHAEL J. HEYMAN
United States Attorney

JENNIFER IVERS
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Email: jennifer.ivers@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>  vs.<br><br>JUSTIN ABBOTT FACEY,<br><br>        Defendant. | No. 3:25-cr-00033-TMB-MMS |

## JOINT STATUS REPORT

The parties, by and through counsel, respectfully file this Joint Status Report pursuant to this Court's order at Docket 40.

Defendant Justin Facey remains in general population. The parties have conferred multiple times to ensure that the defense team has access to discovery. The parties have another meeting scheduled this week to further discuss discovery.

RESPECTFULLY SUBMITTED September 15, 2025 at Anchorage, Alaska.

MICHAEL J. HEYMAN
United States Attorney

/s/ Jennifer Ivers
JENNIFER IVERS
Assistant United States Attorney
United States of America

**CERTIFICATE OF SERVICE**
I hereby certify that on September 15, 2025 a true and correct copy of the foregoing was served electronically on all counsel of record.

/s/ Jennifer Ivers
Office of the U.S. Attorney

U.S. v. Facey
3:25-cr-00033-TMB-MMS