NICOLAS V. VIETH
Bar Nos. ID. 8166 / WA 34196
Vieth Law Offices, Chtd.
P.O. Box 94
Coeur d'Alene, ID 83816
Telephone: 208.664.9494
Facsimile: 208.664.9448
Email: nick@viethlaw.com

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>JUSTIN ABBOTT FACEY<br><br>　　　　　Defendant. | CASE NO. 3:25-CR-00033-SLG-KFR<br><br>MOTION TO WITHDRAW |

　　　　Nicolas V. Vieth of Vieth Law Offices, Chtd., moves to withdraw representation from Mr. Facey. Unfortunately, the attorney-client relationship has completely broken down and has deteriorated to a point where it is impossible to continue representation effectively. Mr. Facey has indicated that he no longer trusts the undersigned or anyone on his defense team, that we are not focusing on the right issues, and that he wants someone else to take over representing him in the case moving forward.

　　　　Therefore, Counsel respectfully requests that the Court take the following actions:

MOTION TO WITHDRAW - 1

1) Withdraw Nicolas Vieth from representing Defendant;

2) Re-Appoint Defendant to other CJA Counsel.

After re-appointment, the undersigned will work with the new counsel and their investigators to get them everything that we have done over the past several months.

DATED this 23rd day of September, 2025

                                    VIETH LAW OFFICES, CHTD.

                                    *s/ Nicolas V. Vieth*
                                    NICOLAS V. VIETH
                                    Attorney for Justin Abbott Facey

## CERTIFICATE OF SERVICE

I hereby certify that on September 23, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

                                    *s/ Nicolas V. Vieth*
                                    Nicolas V. Vieth

MOTION TO WITHDRAW - 2

Case 3:25-cr-00033-TMB-MMS    Document 45    Filed 09/23/25    Page 2 of 2