MICHAEL J. HEYMAN
United States Attorney

JENNIFER IVERS
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Email: jennifer.ivers@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>JUSTIN ABBOTT FACEY,<br><br>　　　　Defendant. | No. 3:25-cr-00033-TMB-MMS |

**JOINT STATUS REPORT**

　　　The parties, by and through counsel, respectfully file this Joint Status Report pursuant to this Court's order at Docket 40.

　　　Defendant Justin Facey remains in general population. Discovery has been provided, and the Title III discovery referenced in the prior status report has been picked up by local co-counsel Dylan Hitchcock-Lopez. The government shutdown has complicated travel for out-of-state co-counsel Nick Vieth, but he will likely be able to travel to Alaska next month.

RESPECTFULLY SUBMITTED November 12, 2025 at Anchorage, Alaska.

MICHAEL J. HEYMAN
United States Attorney

/s/ Jennifer Ivers
JENNIFER IVERS
Assistant United States Attorney
United States of America

**CERTIFICATE OF SERVICE**
I hereby certify that on November 12, 2025 a true and correct copy of the foregoing was served electronically on all counsel of record.

/s/ Jennifer Ivers
Office of the U.S. Attorney

*U.S. v. Facey*
3:25-cr-00033-TMB-MMS			Page 2 of 2
Case 3:25-cr-00033-TMB-MMS    Document 56    Filed 11/12/25    Page 2 of 2