Nicole Owens
Federal Public Defender
Rilie Fry
Assistant Federal Defender
Federal Defender Services of Idaho
757 North 7th Avenue
Pocatello, Idaho 83201
(208) 478-2046

Attorneys for Justin Abbott Facey

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

Honorable Timothy M. Burgess

| United States of America | No. 3:25-cr-00033-TMB-MMS |
|---|---|
| Plaintiff | **Notice of Appearance and Assignment of Counsel** |
| v. | |
| Justin Abbott Facey | |
| Defendant | |

Please take notice that Rilie Fry of the Federal Defender Services of Idaho appears in this case on behalf of the defendant, Justin Abbott Facey, and requests that all further papers and pleadings be served upon the undersigned attorney.

Dated: December 10, 2025

Nicole Owens
Federal Public Defender
By:


/s/ Rilie Fry
Rilie Fry
Assistant Federal Defender
Federal Defender Services of Idaho
Attorneys for Justin Abbott Facey

## Certificate of Service

I certify that I am an employee of the Federal Defender Services of Idaho, and that a copy of this document, including any attachments, was electronically served on the party or parties below.

    Jennifer Ivers, Assistant U.S. Attorney
    Adam Alexander, Assistant U.S. Attorney

Dated: December 10, 2025        /s/ Joy Fish
                                            Joy Fish