MICHAEL J. HEYMAN
United States Attorney

JENNIFER IVERS
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Email: jennifer.ivers@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

UNITED STATES OF AMERICA,

          Plaintiff,

    vs.

JUSTIN ABBOTT FACEY,

          Defendant.

No. 3:25-cr-00033-TMB-MMS

## JOINT STATUS REPORT

The parties, by and through counsel, respectfully file this Joint Status Report pursuant to this Court's February 12, 2026 order.

The parties have met and conferred about discovery, defendant Justin Facey's custodial status, and the overall status of the case. Discovery has been provided, and the parties remain on track for the pretrial motion deadline of June 12, 2026, and trial date of October 5, 2026. The government has extended a formal plea offer, which the defendant is reviewing.

RESPECTFULLY SUBMITTED April 1, 2026 at Anchorage, Alaska.

MICHAEL J. HEYMAN
United States Attorney

/s/ Jennifer Ivers
JENNIFER IVERS
Assistant United States Attorney
United States of America

**CERTIFICATE OF SERVICE**
I hereby certify that on April 1, 2026 a true and correct copy of the foregoing was served electronically on all counsel of record.

/s/ Jennifer Ivers
Office of the U.S. Attorney

*U.S. v. Facey*
3:25-cr-00033-TMB-MMS          Page 2 of 2
Case 3:25-cr-00033-TMB-MMS     Document 106     Filed 04/01/26     Page 2 of 2