Nicole Owens
Federal Public Defender
Melissa Winberg
Assistant Federal Defender
Federal Defender Services of Idaho
702 West Idaho Street, Suite 1000
Boise, Idaho 83702
(208) 331-5500

Attorneys for Justin Abbott Facey

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

Honorable Timothy M. Burgess

| United States of America | No. 3:25-cr-00033-TMB-MMS |
|---|---|
| Plaintiff | **Notice of Intent to Change Plea** |
| v. | |
| Justin Abbott Facey | |
| Defendant | |

Justin Facey, by and through undersigned counsel, gives notice that he has reached a plea agreement with the government pursuant to Federal Rule of Criminal Procedure 11(c). The parties have agreed to a change of plea hearing to be held the week of June 15, 2026. Mr. Facey further consents to have his change of plea heard before a U.S. Magistrate Judge.

Dated: May 11, 2026

Nicole Owens
Federal Public Defender
By:


/s/ Melissa Winberg
Melissa Winberg
Assistant Federal Defender
Federal Defender Services of Idaho
Attorneys for Justin Abbott Facey

# Certificate of Service

I certify that I am an employee of the Federal Defender Services of Idaho, and that a copy of this document, including any attachments, was electronically served on the party or parties below.

Jennifer Ivers, Assistant U.S. Attorney
Adam Alexander, Assistant U.S. Attorney


Dated: May 11, 2026                    /s/ Joy Fish
                                       Joy Fish