SCOTT BRADFORD
United States Attorney
District of Oregon

JENNIFER IVERS
ADAM ALEXANDER
Assistant U.S. Attorneys
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Emails: jennifer.ivers@usdoj.gov
adam.alexander@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>JUSTIN ABBOTT FACEY,<br>Defendant. | No. 3:25-cr-00033-TMB-MMS |

**SENTENCING MEMORANDUM**

The United States recommends imposition of the following sentence:

**INCARCERATION ........................................ 20 YEARS**
**SUPERVISED RELEASE ........................................ 10 YEARS**
**SPECIAL ASSESSMENT ........................................ $100**

Defendant Justin Facey has the dubious distinction of having appeared in federal court as both a practicing attorney and a criminal defendant. Rather than using his affluent background and extensive education for the public good, Facey instead leveraged his

unique skills and qualifications to feed his drug habit, support a massive drug-trafficking organization, and manipulate vulnerable women into performing sexual favors for him. Considering the full scope of Facey's conduct, the § 3553(a) factors support an above-guideline sentence of 20 years of imprisonment.

**FACTS**

Facey's actions demonstrate a consistent pattern of betraying his clients' trust and placing his own desires for sex and drugs over the wellbeing of anyone else. According to Facey, he began using methamphetamine when he was 36 years old, or approximately 2016. As his habit worsened, so did his behavior and his treatment of his clients and others.

Facey's misconduct began coming to light in 2021. On July 15, 2021, an Alaska Juvenile Probation Officer submitted a notarized affidavit reporting that Facey had an inappropriate relationship with a 15-year-old client (Minor 1). The affidavit stated that several Department of Juvenile Justice employees reported concerning behaviors between Facey and Minor 1. Those behaviors included very frequent attorney calls and visits, as well as very frequent and long hugs while Minor 1 was in custody. Even more concerning was Facey's behavior after Minor 1's release. He took her camping with several adults where alcohol was present. He regularly took her out to lunch and dinner. He took her on trips to Seward, Girdwood, and the Botanical Gardens. He rented a room at the Captain Cook hotel for her.

When Minor 1 returned to detention in June of 2021, Facey brought her two books with earmarked pages. A Juvenile Justice Officer who reviewed the books noted that each of the earmarked pages contained a romantic or erotic scene. One person stated on record

in state court, "I can't tell if this is her attorney or her boyfriend."

Facey was subsequently fired from the Office of Public Advocacy, and he opened a private practice in Anchorage. He struggled to make ends meet, however, and in May 2022, he reached out to friends and family asking for a loan to pay a deposit on a lease:

(owner)
To: [redacted] Craigrock

Duder....this is embarrassing, and I'm sure annoying, but sometimes you gotta swallow your pride....I'm (potentially) in a short-term but kinda serious jam, and it's getting possible enough that I'm reaching out to a couple of my closest buddies with, y'know, incomes (you, Squirrel, my brother Chris) to see if anyone is in a position to be "on call" if I do end up fucked the way I think I may be and need a roughly 72-hour bridge loan next week. I'm feel super fucking awkward having to even ask, but not as awkward as I'll feel if I wake up Thursday homeless.

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| [redacted] Craigrock | | | |

**Status:** Sent
**Platform:**

5/14/2022 8:11:42 AM(UTC-8)

Source Info:
EXTRACTION_FFS.zip/data/data/com.android.providers.telephony/databases/mmssms.db : 0xFDDDA3 (Table: sms, Size: 89989120 bytes)

Because he was banned from online financial platforms, Facey asked to be paid through a former colleague:

//

//

//

//

//

//


(owner)
To: [redacted] Craigrock

So, Venmo, along with cash app and PayPal, cancelled my accounts when I started moving all that poker money around this winter. A[redacted] has agreed to middle-man me. [redacted] on Venmo, and she'll just get cash and I'll show up to move in with a gangster wad. Good times.

Priority: Normal

| Participant | Delivered | Read | Played |
| --- | --- | --- | --- |
| [redacted] Craigrock | | | |

Status: Sent
Platform:

5/16/2022 12:38:13 PM(UTC-8)

As his financial situation worsened and his illegal drug abuse escalated, Facey continued to violate his clients' trust while in private practice. For example, documents from Facey's bar disciplinary proceedings, combined with bank records, show that Facey stole a client's auto settlement check in the amount of $50,055.60. Facey deposited the check into his Interest on Lawyer's Trust Account, but rather than pass the settlement on to his client as required, he used it to pay personal bills and withdrew the rest in cash. The client never saw any money from that settlement.

Eventually, Facey turned to larger scale criminal conduct to satisfy his drug and sex habits. In 2022 and 2023, huge amounts of fentanyl were being shipped to Alaska by a drug trafficking organization (DTO) run by Heraclio Sanchez-Rodriguez (HSR). *See United States v. Sanchez-Rodriguez et al*, 3:23-cr-00090-RRB-KFR.

In March 2023, Facey was introduced to the DTO. HSR and his coconspirators planned to have Facey "move money" in exchange for "girls." Facey_396-97; PSR ¶ 84.

Facey agreed to represent one of the DTO's leaders, Tamara Bren, for a substantial sum of money. In addition to cash, Facey arranged to receive payment for his services through commercial sex with a low-ranking member of the DTO: for every time the low-ranking member of the DTO had sex with him, he would deduct $300 from Bren's attorney fees. Facey_406; PSR ¶ 87. That happened five or six times. Facey_407; PSR ¶ 87. Facey also received fentanyl from the DTO that he distributed to others, as Facey did not personally use it. PSR ¶¶ 86, 90.

Facey bragged about his role as a cartel lawyer in messages to friends:


Unknown (owner)

Come to the dark side, [redacted] I just signed a lease on a HUGE new office space. Three attorney offices, plus a paralegal bullpen, reception area, etc. The cartel literally threw a duffle bag from a moving vehicle onto my roof to hire me last week. Had to retrieve it with a ladder. Four hundred hundreds....and an ounce of the real Bolivian flake. Come with us, [redacted] Come with us.

7/18/2023 7:07:42 PM(UTC-8)


Unknown (owner)

I, for, example, paid like three hundred bucks last year. It's like giving yourself a raise, [redacted] And the cartel has retained my office for all their Alaska needs, so there's guaranteed revenue, in cash, at the full hourly rate, for the foreseeable future. Plus they're lavish gift givers. Got a not guilty for one of their guys a few weeks ago. That night there was a knock on my door. Package sitting there when I opened it. Inside was a watch manufactured by a very reputable purveyor of timepieces, two ounces of legit Bolivian flake, and a brochure for the Suite level at the Venetian. And that

10/10/2023 6:09:42 PM(UTC-8)

In addition to his role in the DTO, Facey used other clients to facilitate drug trafficking. For example, Facey regularly bought methamphetamine from one of his clients, Client 1. He also bought "smurfy powder" (fentanyl) from Client 1. Facey_411. When he needed to re-up on "smurfs," Facey noted that the "[l]ittle fuckers are so popular!" Facey_412.

Not long after, Facey reached out to his client again for "strips" (suboxone), which

are popular in jails and halfway houses. Facey_413. Facey said, "[l]et me see how many this lunatic thinks he can jam up his ass." Six days later, another of Facey's clients was caught attempting to internally carry suboxone strips into the Cordova Center. Facey_414.

Facey also brought under people into his drug trafficking operation. In July 2023, Facey messaged Client 1 asking for marijuana because his "daughter's boyfriend is looking to try his hand at the game." Facey_416. He explained he would be "bankrolling" the boyfriend, and added, "I told him to dip his toe with some herb [marijuana] before jumping in to the stuff with consequences. He's 18 and his friends are morons, but he's a really good kid. Don't want to see him get over his dead." Facey_416-17.

In addition to his ongoing drug trafficking, Facey continued to engage in coercive commercial sex with vulnerable people. For example, one of Facey's phone contacts reached out to him asking for drugs, explaining that she wanted to stop "escorting." She offered many alternatives to sex as payment for the drugs, such as cleaning his house:

> From: [redacted]
>
> Okay. I really appreciate it.
> I was wondering if you can front me a little bit more of that stuff, and I will pay you back as soon as my check comes.
> I'm tired of making money escorting.
> It's really just not my thing.
> And it's too late to panhandle tonight...
> OR can I give you a back massage for some?
> Or clean up some of your house for you please??
> I just need some, but have no way of making any money..
>
> **Priority:** Normal
> **Status:** Read
> **Platform:**
>
> 9/9/2024 6:17:13 PM(UTC-8)

Facey responded that he would let her come over, but strongly implied that he would

only accept money or sex as payment:

> (owner)
> To: [redacted]
> I understand. You can c'mon by and grab a little, and pay me when you get your check, or you can come by later and we can figure out alternative payment, although I know you said escorting isn't your thing...
> **Priority:** Normal
>
> | Participant | Delivered | Read | Played |
> | --- | --- | --- | --- |
> | [redacted] | | | |
>
> **Status:** Sent
> **Platform:**
> 9/9/2024 7:04:05 PM(UTC-8)

This pattern of coercing sex in exchange for drugs continued through Facey's arrest in 2025. On another occasion in February 2025, Facey began pestering a pregnant woman about a drug debt, asking her to do some "dates" (commercial sex) to work it off:

> From: 1168352499 Justin Facey (owner)
> You're not even interested in doing some dates to work it off or anything?
> **Priority:** Normal
> **Status:** Delivered
> **Platform:**
> 2/4/2025 6:35:55 PM(UTC-9)

The woman described that she was struggling:

//

//

//

//







Facey briefly acknowledged her struggles and then immediately asked her to meet up:




//

//

//

From: 1168352499 Justin Facey (owner)
To: [redacted]

Well, are you still, like, able to meet up?

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| [redacted] | | 2/8/2025 11:01:01 AM(UTC -9) | |

**Status:** Read

**Platform:**

2/8/2025 10:48:32 AM(UTC-9)

From: 1168352499 Justin Facey (owner)
To: [redacted]

Right on. Do you want to take care of some of the outstanding that way?

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| [redacted] | | 2/8/2025 12:47:23 PM(UTC-9) | |

**Status:** Read

**Platform:**

2/8/2025 12:16:00 PM(UTC-9)

Facey briefly changed his tune, possibly realizing that he was being extremely manipulative and coercive of a pregnant woman:

//

//

//

//

From: 1168352499 Justin Facey (owner)
To: [redacted]

If you're not feeling up to it, don't worry about it. I don't want you to feel pressured in your circumstance.

**Priority:** Normal

| Participant | Delivered | Read | Played |
| --- | --- | --- | --- |
| [redacted] | | 2/8/2025 8:30:11 PM(UTC-9) | |

**Status:** Read
**Platform:**

2/8/2025 3:07:44 PM(UTC-9)

From: 1168352499 Justin Facey (owner)
To: [redacted]

Because you're pregnant and struggling.

**Priority:** Normal

| Participant | Delivered | Read | Played |
| --- | --- | --- | --- |
| [redacted] | | 2/8/2025 8:44:45 PM(UTC -9) | |

**Status:** Read
**Platform:**

2/8/2025 8:44:23 PM(UTC-9)

But three minutes later, Facey reverted to leveraging her drug debt for sex:

//

//

//

//

//

//


From: 1168352499 Justin Facey (owner)
To: [redacted]
So if you're feeling like meeting, I'd be willing to do half against the debt and half cash or trade, cuz you're struggling.
Priority: Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| [redacted] | | 2/9/2025 5:17:37 PM(UTC-9) | |

Status: Read
Platform:
2/8/2025 8:47:04 PM(UTC-9)

About two weeks later, on February 24, 2025, Facey's abuse of his clients finally caught up to him. The Alaska Supreme Court suspended him from the Alaska Bar after 13 grievances and 6 fee arbitrations were filed, citing a "substantial threat of irreparable harm to his clients."

After his suspension, Facey continued his pattern of manipulating vulnerable women for sex. In April 2025, a friend reached out asking for some food:


From: [redacted]
To: [redacted]owner)
Heya if you happen to go by the gas station and get something would it be possible for you to get me a donut or two, I hope that's not much to ask.. but and the twist ones..
Priority: Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| [redacted] | | | |

Status: Read
Platform:
4/5/2025 8:21:00 AM(UTC-8)

Facey responded that he would buy her some if she helped him "release a little pressure," a frequent euphemism he used for sex:

Fro[redacted] Justin Facey (owner)
To: [redacted]

I'll see about scrounging up enough change to get you a couple of you'll help me release a little pressure.

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| [redacted] | | | |

**Status:** Sent
**Platform:**

4/5/2025 8:26:44 AM(UTC-8)

Then, just a few days before the search of his residence, the same friend reached out asking for drugs and explaining she did not have any money or anywhere safe to stay:

Fr[redacted]
To[redacted] (owner)

I only have 50 rn, my dates still haven't come up in anyway shape or form. So I been going by crumbs and staying with effing cc and her ugly ass bf. With their stank ass RV

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| [redacted] | | | |

**Status:** Read
**Platform:**

4/19/2025 2:58:47 PM(UTC-8)

When she explained that she did not have a ride, Facey offered her a ride in exchange for a "date":

//

//

//

Fron[redacted]Justin Facey (owner)
To: [redacted]

I'll trade you a ride for a date, if you want.....

**Priority:** Normal

| Participant | Delivered | Read | Played |
| --- | --- | --- | --- |
| [redacted] | | | |

**Status:** Sent

**Platform:**

4/19/2025 3:08:21 PM(UTC-8)

These interactions are not outliers. Facey routinely manipulated the women in his life by giving them drugs, claiming they owed him money, and offering to reduce the debt in exchange for sex:

At the risk of making things weird, this has been hard to get out of my mind... [redacted] and [redacted] mentioned that you made a comment that if you found yourself in need of money you would look into doing dates...with me. Since we're not likely to have the opportunity again after this week, I wanted to put it out there that I would be amenable to that and that we could arrange a cash and product combination that would help lighten your load. If not, let's just pretend this subject was never broached.

What are you up to tonight? I really enjoyed our meeting yesterday, was thinking about a repeat performance tonight, if you're around. I sent my hotel connect a message in hope of getting a room for the weekend, I'm feeling a tad overwhelmed at home, so I may be right in your hood, too. Anyway, might you be interested in meeting for some of your stuff and some off the debt, like we did before?

This is embarrassing to ask in person, but.... would you be interested in some feti, or money in a few days, for a date now?

So....how much are you thinking, date-wise? Seems like there might be a trade opportunity, right?

Up for a trade date?

Did you get a hotel? Are you up late and down for a trade date?

You want me to leave a little fet for you? Will you come back for a date later?

You're doing that wrong. How did you go from owing 300 when you left yesterday to somehow being positive? You owed 150, took another half (300) - date. Unless you're looking to clip me for $300+ for the date, your math is incorrect.

Hey - that [redacted] girl is really cute, but difficult to get in touch with. But it got me thinking, you have any other friends you've been hiding? Haha. Made a little scratch playing cards tonight, and instead of doing the responsible thing and getting caught up on business debts, I kinda feel like some strange.

And also we're doing a date later for some more, no?

Or if you want to do a date for some, I'll get you a ride.

Perfect. Hey, you have any interest in coming home with me? I'll get you some of yours for a date and a

Ok. I assume we can credit some of what you took last time to a date?

I checked my debts notebook - yours was 20 + 60 + 30=110. You also gave me a gift card that you said was for $50 that actually had $7 bucks left on it, but let's say 110. You gave me 40 earlier, how do you feel about doing a date, and you can keep the money you were going to give me for staying here and clear the debt?

Gotcha. Like I said before, if a friend needs a little help, you help them. No strings. So if you need to borrow $100, I got you. No strings attached and you can pay me back whenever you're able.

As far as anything else, I'm intrigued and interested, but I don't have as much expendable income as you probably think and I have a bunch of women who will, y'know, touch physically for not much more than $100.

If, y'know, touching is something you might be comfortable with, that's a conversation we could have, but I don't want to make it awkward and I don't want to put you in any position you don't feel comfortable in.

As Facey's life spun out of control – his drug and sex habits far outstripped his income, especially after he was suspended from practicing law – he turned more and more to drug dealing:

//

//

//

Fron [redacted] Justin Facey (owner)
To:

Heya, sorry for the delay. I'm a little short for resupply. You know anyone who wants go?

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| [redacted] | | | |

**Status:** Sent
**Platform:**

4/26/2025 11:35:29 AM(UTC-8)

Fro [redacted] Justin Facey (owner)
To:

You know anyone who needs go? I'm like $250 short of resupply.

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +[redacted] | | | |

**Status:** Sent
**Platform:**

4/26/2025 10:42:25 AM(UTC-8)

Law enforcement searched his residence on April 30, 2025, and found all the hallmarks of drug trafficking: over half a dozen random people crashing at his house, safes of drugs, drug paraphernalia, and drug scales.

//

//

//

//

//

//

//












Facey was arrested in May 2025 and has been in custody since. PSR ¶ 5.

## GUIDELINES CALCULATION

The United States agrees with the U.S. Probation Office's guideline calculation of a total offense level of 32, criminal history category I, and total guideline range of 121-151 months.

Facey may object to the 3-level enhancement for his role as a manager or supervisor in the HSR DTO, which was added at least in part based on the government's objections. PSR ¶ 105a. If so, the United States intends to call a witness to testify about Facey's role, consistent with the descriptions in ¶ 85 of the Presentence Report. In addition, the United States will present the following text messages demonstrating that Facey supervised at least three people as part of his own drug trafficking operation: two minions/drivers, and his daughter's boyfriend.

In April 2025, Facey described working with one minion/driver:


From[redacted] Justin Facey (owner)
To: +[redacted]
Fyi, I've added a minion to my staff, which means delivery is available pretty much all the time.
Priority: Normal

| Participant | Delivered | Read | Played |
| --- | --- | --- | --- |
| [redacted] | | | |

Status: Sent
Platform:
4/17/2025 1:23:10 PM(UTC-8)

//

//

//

From: [redacted] (owner)
To: +

Heyy you or your driver gonna be going anywhere anytime soon? I got someone looking for 80 so I know it's not much but they aren't mobile rn sadly

Priority: Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| [redacted] | | | |

Status: Read
Platform:

4/19/2025 6:37:17 PM(UTC-8)

Source Info:
EXTRACTION_FFS.zip/data/data/com.android.providers.telephony/databases/mmssms.db : 0x54A97B6 (Table: pdu, addr, part, Size: 89989120 bytes)
EXTRACTION_FFS.zip/data/data/com.google.android.apps.messaging/databases/bugle_db : 0x21D9C6 (Table: participants, Size: 144474112 bytes)

From: [redacted] Justin Facey (owner)
To: +

Yeah, I can send him. He has a working phone now, too.

Priority: Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| [redacted] | | | |

Status: Sent
Platform:

4/19/2025 6:39:42 PM(UTC-8)

Later in the same conversation, he explained that his "minion" had a day job now, but he could send his "old delivery guy" instead:

From [redacted] Justin Facey (owner)
To: +

He's actually working today. I found him a day job. But my old delivery guy is selflessly jumping in to handle the over you

Priority: Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| [redacted] | | | |

Status: Sent
Platform:

4/21/2025 12:50:33 PM(UTC-8)

And, as described above, Facey bankrolled his "daughter's boyfriend" to "try his hand at the game." These messages, along with Facey's role in the HSR DTO, provide ample

support for a three-level enhancement under U.S.S.G. §3B1.1(b).

## STATUTORY CRITERIA AND RECOMMENDED SENTENCE

### 1. Nature and circumstances of the offense

"No limitation shall be placed on the information concerning the background, character, and conduct of a person convicted of an offense which a court of the United States may receive and consider for the purpose of imposing an appropriate sentence." 18 U.S.C. § 3661. The United States respectfully submits that this Court can, and should, consider the full scope of Facey's drug-related conduct when analyzing this sentencing factor.

The PSR aptly describes Facey as a "predatory individual, willing to exploit both his clients and others in furtherance of his own desires for sex, money, and drugs." PSR at 3. As Facey lost control of his finances and his drug habit, he began stealing money from clients, buying and selling drugs with clients, assisting clients to introduce drugs into Cordova Center, assisting clients in fleeing from law enforcement, and leveraging drug and legal debts for his own sexual gratification.

Perhaps worst of all, as Facey hit bottom, he dragged many vulnerable people down with him. Most notably, Facey was living with his former client turned "daughter," who was only 20 years old when she signed a lease with him. Even worse, she had recently given birth to a baby, who was likewise exposed to the drugs, drug users and guns all over Facey's residence.

The United States respectfully submits that an above-guideline sentence of 20 years is necessary to address this factor.

**2. History and characteristics of the defendant**

Facey's background provides no explanation for his heel turn. He was raised in a stable, affluent home in Vermont, studied journalism at the University of Colorado, and earned a Juris Doctor from the University of Idaho School of Law. PSR ¶¶ 127, 147. These are opportunities almost no one convicted of drug trafficking ever gets. As such, a sentence above the guideline range is appropriate to address this factor.

**3. The seriousness of the offense, just punishment, and protection of the public.**

Facey consistently places his own needs above everyone else. He stole his clients' money. He manufactured legal and drug debts so he could leverage them for sex. He bragged about his success as a cartel lawyer, trying to persuade others to join him.

Prior consequences – losing a job, money problems, health problems, repeated bar complaints, suspension from the bar – did not protect the public from Facey's criminal conduct. Only imprisonment has had that effect, counseling in favor of the government's recommendation of a 20-year sentence.

**4. Adequate deterrence**

Facey's unique position in the community suggests that general deterrence is a factor here. This matter has attracted great attention, largely because of Facey's background as an attorney.[1] Therefore, this case presents a greater opportunity to send a message of deterrence, especially to people like Facey who maintain positions of authority in the community. This factor supports an above-guideline sentence.

[1] *See, e.g.*, https://www.alaskasnewssource.com/2026/03/21/judge-denies-bail-anchorage-attorney-feds-say-was-part-cartel-accused-federal-drug-case/.

### 5. Avoidance of unwarranted disparities

The United States acknowledges that a sentence of 20 years is above both the guideline range and the average sentence according to the Justice Sentencing Information database (JSIN). PSR at 4. This disparity is warranted under the circumstances.

"A lawyer, as a member of the legal profession, is a representative of clients, an officer of the legal system, and a public citizen having special responsibility for the quality of justice." Preamble, Alaska Rules of Professional Conduct. Ethical members of the legal profession take this commitment seriously. They work hard to "improve the law and the legal profession, and to exemplify the legal profession's ideals of public service." *Id.*

Facey did just the opposite. Rather than playing "a vital role in the preservation of society," he instead eroded public trust and community safety. *Id.*

The Justice Sentencing Information database does not list defendants' professions, but it is safe to assume that not one of the 42 similarly situated defendants in JSIN was a practicing criminal defense attorney. Facey's unique role in the community therefore justifies an above-guideline sentence.

## CONCLUSION

Facey is, in some ways, above average. He had an above average upbringing, above average education, above average income, and above average opportunity to meaningfully contribute to the community. Because he squandered that opportunity, and harmed many people in the process, this Court should impose an above average sentence of 20 years of imprisonment.

RESPECTFULLY SUBMITTED September 29, 2026 at Anchorage, Alaska.

SCOTT BRADFORD
United States Attorney
District of Oregon

/s/ Jennifer Ivers
JENNIFER IVERS
Assistant United States Attorney
United States of America

**CERTIFICATE OF SERVICE**

I hereby certify that on September 29, 2026 a true and correct copy of the foregoing was served electronically on all counsel of record.

/s/ Jennifer Ivers
Office of the U.S. Attorney